IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No. 22-cv-201-bbc

ESTATE OF GARNETTA THOUSAND
(DECEASED), THOMAS THOUSAND,
SHARON THOUSAND, DANIEL
THOUSAND, UNKNOWN HEIRS AND
DEVISEES OF GARNETTA THOUSAND,
and UNKNOWN OWNERS AND NON-
RECORD CLAIMANTS,

    Defendants.

**ORDER FOR SERVICE BY PUBLICATION**

On April 11, 2022, the United States filed an action to foreclose a mortgage upon real estate in Dane County, Wisconsin, with the following legal description:

Unit 989, Cross Country Condominium, Phase 1, in the City of Verona, Dane County, Wisconsin.

For Informational Purposes Only:

Tax Key No.     286/0608-152-2124-6
Property Address:  989 Walnut Street, Verona WI

The United States has now filed a motion for an Order for Service by Publication, pursuant to 28 U.S.C. § 1655, directing Defendants Unknown Heirs and Devisees of Garnetta Thousand, and Unknown Owners and Non-Record Claimants, to appear or plead by August 16, 2022.

Upon the motion of the United States and all documents filed herein,

IT IS ORDERED that this Order be published in the <u>Wisconsin State Journal</u>, a newspaper published in the City of Madison, Dane County, Wisconsin, once each week for six successive weeks, prior to August 5, 2022.

IT IS FURTHER ORDERED that Defendants Unknown Heirs and Devisees of Garnetta Thousand, and Unknown Owners and Non-Record Claimants, appear or plead to the Complaint filed herein on or before August 16, 2022. If the absent Defendants fail to appear or plead by August 16, 2022, the Court will proceed to the hearing and adjudication of this foreclosure action as if said Defendants had been served with process.

Dated this 3rd day of June, 2022.

BY THE COURT:

/s/ Barbara B. Crabb
BARBARA B. CRABB
United States District Judge
Western District of Wisconsin